CLOSED

# U.S. District Court
# Middle District of Florida (Tampa)
# CIVIL DOCKET FOR CASE #: 8:07-cv-00536-JSM-TGW
# Internal Use Only

Aeolus Systems, LLC v. Small Business Administration et al
Assigned to: Judge James S. Moody, Jr
Referred to: Magistrate Judge Thomas G. Wilson
Cause: 15:0631 Small Business Act

Date Filed: 03/30/2007
Date Terminated: 05/22/2007
Jury Demand: None
Nature of Suit: 190 Contract: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Aeolus Systems, LLC**

represented by **H. James Lentz**
Lentz & Associates, P.A.
35095 U.S Hwy 19 N., Suite 101
Palm Harbor, FL 34684
727/787-8700
Fax: 727/789-6275
Email: jim@lentzlawonline.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Small Business Administration**

represented by **Anuj Vohra**
Dept. of Justice
Commercial Litigation Branch
Civil Division
1100 L St. NW
Classification Unit, 8th FL
Washington, DC 20530
202/353-0521
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A. Nisbet**
U.S. Attorney's Office
400 N. Tampa St., Suite 3200
Tampa, FL 33602
813/274-6000
Email: steven.nisbet@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Department of the Army** represented by **Anuj Vohra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A. Nisbet**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Mchale**
*in his official capacity as Director HUBZone Program* represented by **Anuj Vohra**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven A. Nisbet**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/30/2007 | 1 | COMPLAINT against Small Business Administration, Department of the Army, Michael Mchale (Filing fee $ 350 receipt number T041042) filed by Aeolus Systems, LLC. (Attachments: # 1 Appendix A)(jlh, ) (Entered: 04/02/2007) |
| 04/02/2007 | 2 | Summons Issued as to Small Business Administration, Department of the Army, Michael Mchale, U.S. Attorney (jlh, ) (Entered: 04/02/2007) |
| 04/18/2007 | 3 | RETURN of service executed on 4/11/07 by Aeolus Systems, LLC as to Small Business Administration, Department of the Army, Michael Mchale by service on U.S. Attorney (CH) (Entered: 04/18/2007) |
| 04/18/2007 | 4 | RETURN of service executed on 4/9/07 by Aeolus Systems, LLC as to Small Business Administration, Department of the Army, Michael Mchale by certified mail on the Attorney General (CH) (Entered: 04/18/2007) |
| 04/20/2007 | 5 | MOTION for temporary restraining order by Aeolus Systems, LLC. (Lentz, H.) (Entered: 04/20/2007) |
| 04/24/2007 | 6 | TEMPORARY RESTRAINING ORDER and NOTICE OF HEARING: Order granting 5 Motion for temporary restraining order. A hearing will be held on THURSDAY, MAY 3, 2007, at 3:00 p.m. before Magistrate Thomas Wilson. Signed by Judge James S. Moody Jr. on 4/24/2007. (len) (Entered: 04/24/2007) |
| 04/25/2007 | | (Court only) ***Set Deadlines/Hearings Miscellaneous Hearing set for |

| | | |
|---|---|---|
| | | 5/3/2007 at 03:00 PM in Courtroom 12A before Magistrate Judge Thomas G. Wilson. (CH) (Entered: 04/25/2007) |
| 04/25/2007 | 7 | NOTICE by Small Business Administration, Department of the Army, Michael Mchale *of Appearance of Anuj Vohra, as attorney of record* (Nisbet, Steven) (Entered: 04/25/2007) |
| 04/26/2007 | 8 | MOTION to transfer case, MOTION to lifts the Court's April 24, 2007 temporary restraining order re 6 Order on motion for temporary restraining order, by Small Business Administration, Department of the Army, Michael Mchale. (Attachments: # 1)(Nisbet, Steven) (Entered: 04/26/2007) |
| 04/30/2007 | 9 | MOTION for preliminary injunction by Aeolus Systems, LLC. (Lentz, H.) (Entered: 04/30/2007) |
| 05/01/2007 | 10 | NOTICE by Aeolus Systems, LLC *of Filing (Injunction Bond)* (Lentz, H.) (Entered: 05/01/2007) |
| 05/02/2007 | 11 | Injunction BOND in the amount of $ 25,000.00 posted by Aeolus Systems, LLC (sah) (Entered: 05/02/2007) |
| 05/02/2007 | 12 | MEMORANDUM in opposition re 8 Motion to transfer case,, Motion for miscellaneous relief, filed by Aeolus Systems, LLC. (Lentz, H.) (Entered: 05/02/2007) |
| 05/03/2007 | 13 | REPLY to response to motion re 8 MOTION to transfer case MOTION to lifts the Court's April 24, 2007 temporary restraining order re 6 Order on motion for temporary restraining order, MOTION to lifts the Court's April 24, 2007 temporary restraining order re 6 Order on motion for temporary restraining order, filed by Small Business Administration, Department of the Army, Michael Mchale. (Nisbet, Steven) Modified on 5/3/2007 (mrh). NOTE: DOCUMENT TERMINATED. NO LEAVE OF COURT GIVEN TO FILE DOCUMENT. ATTORNEY NOTIFIED. (Entered: 05/03/2007) |
| 05/03/2007 | | (Court only) ***Documents terminated: 13 Reply to Response to Motion. NOTE: TERMINATED DOCUMENT. NO LEAVE OF COURT GIVEN TO FILE DOCUMENT. ATTORNEY NOTIFIED. (mrh) (Entered: 05/03/2007) |
| 05/03/2007 | 14 | MINUTE ENTRY for proceedings held before Judge Thomas G. Wilson : Motion Hearing held on 5/3/2007 re 9 MOTION for preliminary injunction filed by Aeolus Systems, LLC. Parties discussed pending jurisdictional transfer issue and resolved that injunction should be stayed. (3:06-3:24) (Williams, Carrie) (Entered: 05/03/2007) |
| 05/04/2007 | 15 | RESPONSE re 13 Reply to response to motion,, *and Request to Respond* filed by Aeolus Systems, LLC. (Lentz, H.) Modified on 5/7/2007 (CH). DOCUMENT TERMINATED. NO LEAVE OF COURT GIVEN TO FILE DOCUMENT. ATTORNEY NOTIFIED (Entered: 05/04/2007) |
| 05/04/2007 | 16 | REPORT AND RECOMMENDATION re 9 MOTION for preliminary injunction filed by Aeolus Systems, LLC - recommended that the |

| | | |
|---|---|---|
| | | temporary restraining order be allowed to expire and that resolution of the Motion for Preliminary Injunction be stayed pending resolution of the Motion to Transfer; if possible, the Motion for Transfer be given expedited consideration. Signed by Judge Thomas G. Wilson on 5/4/2007. (Williams, Carrie) (Entered: 05/04/2007) |
| 05/07/2007 | | (Court only) ***COPIES mailed to Counsel: Anuj Vohra re 16 REPORT AND RECOMMENDATION re 9 MOTION for preliminary injunction filed by Aeolus Systems, LLC.REPORT AND RECOMMENDATION re 9 MOTION for preliminary injunction filed by Aeolus Systems, LLC. (CH) (Entered: 05/07/2007) |
| 05/07/2007 | 17 | MOTION for leave to file Response to Defendants' Reply in Support of their Motion to Transfer by Aeolus Systems, LLC. (Lentz, H.) (Entered: 05/07/2007) |
| 05/08/2007 | 18 | ENDORSED ORDER denying as moot 17 Plaintiff's Motion for leave to file response to Defendants' reply in support of their motion to transfer. Signed by Judge James S. Moody Jr. on 5/8/2007. (len) (Entered: 05/08/2007) |
| 05/09/2007 | | (Court only) ***COPIES mailed to Counsel: Anuj Vohra re [18] Order on motion for leave to file (CH) (Entered: 05/09/2007) |
| 05/11/2007 | 19 | RESPONSE re 16 REPORT AND RECOMMENDATION re 9 MOTION for preliminary injunction filed by Aeolus Systems, LLC.REPORT AND RECOMMENDATION re 9 MOTION for preliminary injunction filed by Aeolus Systems, LLC. filed by Aeolus Systems, LLC. (Lentz, H.) Modified on 5/14/2007 (CH). NOTE: DOCUMENT TERMINATED, WRONG EVENT CODE USED, ATTORNEY NOTIFIED TO REFILE (Entered: 05/11/2007) |
| 05/14/2007 | 20 | OBJECTION to 16 Report and Recommendations by Aeolus Systems, LLC. (Lentz, H.) (Entered: 05/14/2007) |
| 05/17/2007 | 21 | RESPONSE re 16 REPORT AND RECOMMENDATION re 9 MOTION for preliminary injunction filed by Aeolus Systems, LLC.REPORT AND RECOMMENDATION re 9 MOTION for preliminary injunction filed by Aeolus Systems, LLC. filed by Small Business Administration, Department of the Army, Michael Mchale. (Nisbet, Steven) (Entered: 05/17/2007) |
| 05/22/2007 | 22 | ORDER: The Report and Recommendation 16 is adopted, confirmed, and approved. Defendants' Motion to Transfer 8 is GRANTED. The Clerk is directed to TRANSFER this case to the U. S. Court of Federal Claims and close this file. Plaintiff's Motion for Preliminary Injunction 9 is STAYED pending resolution of the motion by the U. S. Court of Federal Claims. Signed by Judge James S. Moody Jr. on 5/22/2007. (len) (Entered: 05/22/2007) |
| 05/22/2007 | | (Court only) ***CASE CLOSED. (CH) (Entered: 05/23/2007) |

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: [signature]
Deputy Clerk