# In the United States Court of Federal Claims

**NOTICE**

**AEOLUS SYSTEMS, LLC,**

**No. 07-581 C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., 2007**

To Attorney of Record, Assistant Attorney General and Sr. Judge Reginald W. Gibson:

Please take notice that in the above case there has been filed this day, on behalf of the parties, the record as transferred from the United States District Court for the Middle District of Florida Tampa Division, No. 07-cv-536, consisting of one bound volume.

**NOTE: FAILURE TO COMPLY WITH THE ENCLOSED INSTRUCTIONS, WITHIN THE TIME PROVIDED, MAY RESULT IN THE CASE BEING DISMISSED FOR FAILURE TO PROSECUTE.**

**S/Brian Bishop**
**Clerk of Court**