# In the United States Court of Federal Claims

No. 07-581C

(August 15, 2007)

* * * * * * * * * * * * * * * *
AEOLUS SYSTEMS, LLC, *

*Plaintiff,* *

v. *

THE UNITED STATES, *

*Defendant,* *

GLOBAL SOLUTIONS NETWORK, INC., *

*Intervenor-defendant.* *

* * * * * * * * * * * * * * * *

**ORDER**

Aeolus Systems, LLC (Aeolus), filed its pre-award bid protest complaint on August 14, 2007. The court held a telephonic status conference with counsel on that date, wherein the court set an expedited briefing schedule to resolve this bid protest on the merits. No potential intervenor-defendant had yet contacted the court. Participating with the undersigned in the August 14, 2007 teleconference were:

H. James Lentz, attorney for plaintiff;
Anuj Vohra, attorney for defendant;
John Bean, law clerk.

Plaintiff seeks declaratory and injunctive relief reinstating the award of contract no. W91QV1-06-R-0031 (contract), which it won on December 22, 2006. Compl. at 3. The contract involved business development and information

technology support services. *Id.* The United States Army (Army) cancelled the contract after a protest of Aeolus' HUBZone status. *Id.* This bid protest challenges the propriety of the disqualification of Aeolus from the HUBZone program, and the subsequent cancellation of the contract. The parties assert that all administrative remedies have been exhausted.

Although the Army has identified an "apparent awardee" for a new contract, award has been delayed, in part because of the litigation of this bid protest which originated in a United States District Court in March 2007. Global Solutions Network, Inc. (Global) moved to intervene on August 15, 2007 because Global "has been selected for the award" of the new contract. The court grants Global's motion.

The parties have proposed an expedited briefing schedule in an effort to resolve this dispute before re-award is deemed necessary by the Army and without any formal request for a temporary restraining order or preliminary injunction by Aeolus. The court adopts most elements of the proposed briefing schedule discussed during the conference call on August 14, 2007, and implements that schedule below, subject to change.[1]

Accordingly, it is hereby **ORDERED** that:

(1) Global Solutions Network, Inc.'s Motion to Intervene, filed August 15, 2007, is **GRANTED**;

(2) The parties shall **FILE** a Joint Motion for a Protective Order on or before **August 17, 2007**;

(3) Defendant shall **FILE** its **CD-ROM** of the Administrative Record, by **5:00 p.m.**, eastern time on **August 17, 2007**; Defendant shall **DELIVER** a **CD-ROM** of the Administrative Record to the other parties on or before **August 20, 2007**; Defendant shall also **DELIVER** two bound paper copies of the

[1]/ Neither defendant nor plaintiff indicated any need for discovery and inasmuch as these parties stated their belief that this should be a straightforward case resting upon questions of law as opposed to factual dispute, it is not foreseen that the administrative record should require supplementation.

Administrative Record to chambers by **5:00 p.m.,** eastern time on **August 20, 2007**;

(4) Plaintiff shall **FILE** a Motion for Judgment on the Administrative Record by **5:00 p.m.**, eastern time on **August 24, 2007**;

(5) Defendant and intervenor-defendant shall **FILE** their Cross Motions for Judgment on the Administrative Record by **5:00 p.m.**, eastern time on **August 31, 2007**;

(6) Plaintiff shall **FILE** a Response/Reply to defendant's and intervenor-defendant's Cross Motions by **5:00 p.m.**, eastern time on **September 7, 2007**;

(7) Defendant and intervenor-defendant shall **FILE** their Replies by **5:00 p.m.**, eastern time on **September 14, 2007**;

(8) Whenever briefing, including exhibits and attachments, causes an electronic filing to exceed thirty pages, the party shall **DELIVER** a paper courtesy copy of that filing to chambers by **5:00 p.m.**, eastern time on the next business day; and

(9) **Oral Argument** shall be scheduled at a future date, if needed.

/s/Lynn J. Bush
LYNN J. BUSH
Judge