IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(BID PROTEST)

| | | |
|---|---|---|
| AEOLUS SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-581C |
| | ) | (Judge Bush) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| GLOBAL SOLUTIONS NETWORK, INC., | ) | |
| | ) | |
| Intervenor-defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR A PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Rules of the United States Court of Federal Claims, defendant respectfully requests that this Court enter the accompanying proposed protective order prohibiting the disclosure of confidential source selection matters, sensitive plans or specifications, and other proprietary information in accordance with the terms and conditions set forth in the proposed protective order. The proposed protective order is the same as the sample found as Form 8 of the Rules of the United States Court of Federal Claims. (A copy of the proposed protective order is attached hereto as Exhibit A). Counsel for both plaintiff, Aelous Systems, LLC, and intervenor-defendant, Global Solutions Network, Inc., have represented that they do not oppose this motion.

This case involves competitive procurement matters and includes proprietary and confidential pricing information, source selection information, and other sensitive procurement information. Thus, because defendant's administrative record contains protected materials

necessary to safeguard the competitive process, we request that all filings that disclose protected materials be under seal in this case. We also respectfully request that, for the convenience of the Court and the parties, the Court authorize the parties to file sealed filings electronically on the Court's ECF System, pursuant to General Order No. 42A, paragraph 7.

For the foregoing reasons, defendant respectfully requests that this Court issue the attached proposed protective order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

MARK MELNICK
Assistant Director

s/ Anuj Vohra
ANUJ VOHRA
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, NW
Washington, DC 20530
Phone: (202) 353-0521
Fax: (202) 307-0972

August 16, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 16th day of AUGUST, 2007, a copy of "DEFENDANT'S UNOPPOSED MOTION FOR A PROTECTIVE ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Anuj Vohra