# In the United States Court of Federal Claims

**No. 07-581 C**

**AEOLUS SYSTEMS, LLC,**
**Plaintiff,**

**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**GLOBAL SOLUTIONS NETWORK, INC.,**
**Intervenor-Defendant.**

**JUDGMENT**

Pursuant to the court's Opinion, filed September 27, 2007, denying plaintiff's Motion for Judgment on the Administrative Record, filed on August 23, 2007, and granting defendant and intervenor-defendant's Cross-Motions for Judgment on the Administrative Record, filed on August 31, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, with prejudice. Each party shall bear its own costs.

Brian Bishop
Clerk of Court

**September 28, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.