IN THE UNITED STATES COURT OF FEDERAL CLAIMS

(BID PROTEST)

| | | |
|---|---|---|
| AEOLUS SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>GLOBAL SOLUTIONS NETWORK, INC.,<br><br>Intervenor-defendant. | ) | No. 07-581C<br>(Judge Bush) |

NOTICE OF NO PROPOSED REDACTIONS

Pursuant to the Court's September 27, 2007 Opinion and Order filed under seal in the above-captioned matter, the undersigned have conferred and have no proposed redactions for that opinion prior to its public dissemination by the Court.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ H. James Lentz
H. JAMES LENTZ, Esq.
Lentz & Associates, P.A.
35095 U.S. Highway 19 North, #101
Palm Harbor, Florida 34684
(727) 787-8700
(727) 787-6275

Attorney for Plaintiff

s/ Anuj Vohra
ANUJ VOHRA
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, NW
Washington, DC 20530
(202) 353-0521

Attorneys for Defendant

s/ Gerald H. Werfel
GERALD H. WERFEL
Pompan, Murray & Werfel P.L.C.
601 King Street, Suite 400
Alexandria, Virginia 22314
(703) 739-1340
(703) 739-1342

Attorney for Intervenor-defendant

October 30, 2007

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2007, a copy of the foregoing "NOTICE OF NO PROPOSED REDACTIONS" was filed electronically. I understand that notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Anuj Vohra